**Order filed August 24, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00072-CV

_____

### GIOVANNY LAGUAN, Appellant

### V.

### WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2, Appellee

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-068157**

## ORDER

Appellant Giovanny Laguan filed a notice of appeal. At all times during this appeal appellant has proceeded pro se. Appellant filed a motion to extend time to file his brief wherein he represents that the brief will be filed on behalf of himself and Robert E. Dubose Jr., the defendant in the underlying proceeding. Dubose has not filed a notice of appeal and is, therefore, not a party to this appeal. *See* Tex. R. App. P. 25.1(c). Moreover, a pro se litigant is not authorized to represent another pro se litigant. *See* Tex. Gov't Code Ann. § 81.101.

Accordingly, we grant appellant's motion in part, to extend time to file his appellant's brief until **September 23, 2021**, and deny the motion in part regarding

the remainder of the relief appellant requests.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.